UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                          No. 99-4463

MARGARET M. ADKINS,
Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of West Virginia, at Beckley.
Robert C. Chambers, District Judge.
(CR-98-194)

Submitted: January 6, 2000

Decided: February 4, 2000

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Wayne D. Inge, Roanoke, Virginia, for Appellant. Rebecca A. Betts,
United States Attorney, Karen L. Bleattler, Assistant United States
Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Margaret M. Adkins appeals her conviction for being a convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g) (1994). On appeal, Adkins contends that the evidence adduced at trial was not sufficient to support her conviction and that the district court violated Fed. R. Evid. 404(b) by allowing certain testimony regarding her actions and demeanor on the evening of her offense. We have reviewed the evidence of record and find that it amply supports Adkins' conviction. See United States v. Hoyte , 51 F.3d 1239, 1245 (4th Cir. 1995); United States v. Brewer, 1 F.3d 1430, 1437 (4th Cir. 1993). Adkins' contentions amount to little more than an invitation to this court to revisit the credibility of the Government's witnesses, a course of action we routinely decline. See United States v. Murphy, 35 F.3d 143, 148 (4th Cir. 1994). Neither can we discern any error stemming from the district court's failure to exclude testimony describing Adkins' actions and appearance on the evening in question. United States v. Powers, 59 F.3d 1460, 1464-65 (4th Cir. 1995).

Finding no merit to either of Adkins' contentions on appeal, we affirm the conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2